**Harry McINTIRE et al. v. UNITED STATES of America.**

No. 794.

Circuit Court of Appeals, Tenth Circuit.
Jan. 18, 1933.

Leahy, Macdonald & Files, of Pawhuska, Okl., for appellants.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before LEWIS, McDERMOTT, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**McKESSON–VOGELER DRUG COMPANY, Roemhildt Company, and Wilkie News Company v. Frank SCHWILK and Roland W. Baggott.**

No. 6270.

Circuit Court of Appeals, Sixth Circuit.
Jan. 13, 1933.

Thos. M. Gavin, of Dayton, Ohio, for appellants.

Baggott & Baggott and Estabrook, Finn & McKee, all of Dayton, Ohio, for appellees.

PER CURIAM.

Decree of District Court affirmed.

**Sarah W. MAHAN, as Secretary of State of the State of Kentucky, v. James J. HUME.**

No. 6354.

Circuit Court of Appeals, Sixth Circuit.
Feb. 13, 1933.

See, also, 1 F. Supp. 142.

Bailey P. Wootton, Sam H. Brown, and Francis M. Burke, all of Frankfort, Ky., and John R. Allen, of Lexington, Ky., for appellant.

Cleon K. Calvert and N. R. Patterson, both of Pineville, Ky., for appellee.

PER CURIAM.

Dismissed upon authority of Mahan v. Hume, 53 S. Ct. 223; 77 L. Ed. ——.

**Wm. A. MARSHALL, as Deputy Commissioner Administering Longshoremen's and Harbor Workers' Compensation Act, Appellant, v. ASSOCIATED INDEMNITY CORPORATION, a Corporation, and Western Stevedore Company, Appellees.**

No. 7121.

Circuit Court of Appeals, Ninth Circuit.
March 27, 1933.

Anthony Savage, U. S. Atty., and Jeffrey Heiman, Asst. U. S. Atty., both of Seattle, Wash., for appellant.

Pearson & Potts, of Seattle, Wash., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon motion of appellant, ordered appeal dismissed; mandate forthwith.